FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 5 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL BLAKE   *
196 Ridge View Lane
Hanover, Pennsylvania 17331   *

and   *

KELLY BLAKE   *
196 Ridge View Lane
Hanover, Pennsylvania 17331   *

   Plaintiffs   *

v.   *

NANCY CHANG YUE, M.D.   *
Advanced Radiology at St. Joseph
124 Sister Pierre Drive   *    Civil Action No.   **JFM14CV3802**
Towson, Maryland 21204

  *

and   *

ADVANCED RADIOLOGY, LLC   *
122 Slade Avenue
Suite 301   *
Baltimore, Maryland 21208   *

Serve on:   **Resident Agent**   *
    CSC-Lawyers Incorporating
    Service Company   *
    7 St. Paul Street, Suite 1660
    Baltimore, Maryland 21202   *

  Defendants   *

  *   *   *   *   *   *   *   *   *

## COMPLAINT AND ELECTION FOR JURY TRIAL

    Plaintiffs, Michael Blake, Individually, and Michael Blake and Kelly Blake, as husband

and wife, by their attorneys, Paul D. Bekman, Michael P. Smith, and Salsbury, Clements,

Bekman, Marder & Adkins, L.L.C., sue the Defendants Nancy Chang Yue, M.D. and Advanced

Radiology, LLC, and state as follows:

**COUNT I**

1.      The venue for this claim is proper in United States District Court for the District

of Maryland as the amount in controversy exceeds $75,000 and the Plaintiffs and Defendants

have diversity of citizenship.

2.      A Statement of Claim was filed with the Health Care Alternative Dispute

Resolution Office as required under Maryland law, and arbitration of the claim was waived by

the Plaintiffs pursuant to § 3-2A-06B(b) of the Courts and Judicial Proceedings Article.  The

Waiver of Arbitration and the Certificates of Qualified Expert and Report which were filed be-

fore the Health Care Alternative Dispute Resolution Office are attached as **Exhibit 1**, **Exhibit 2**

and **Exhibit 3** respectively.

3.      At all times hereinafter set forth, the Defendant, Nancy Chang Yue, M.D., held

herself out to the Plaintiffs and to the general public as an experienced, competent and able

physician possessing or providing that degree of skill and knowledge which is ordinarily

possessed by those who devote special study and attention to the practice of radiology, and as

such owed a duty to the Plaintiff, Michael Blake, to render that degree of care and treatment to

him which is ordinarily rendered by those who devote special study and attention to the practice

of radiology.

4.      That at all times hereinafter set forth, the Defendant, Advanced Radiology, LLC

("Advanced Radiology"), was and is a professional association offering medical, radiological,

and teleradiological services to the general public, and in such capacity such professional

- 2 -

association, its agents, servants and/or employees, medical staff and consultants held themselves out as practicing ordinary standards of medical and radiological care and, as such, owed a duty to the Plaintiff, Michael Blake, to render and provide health care within the ordinary standards of medical and radiological care, and to exercise reasonable skill and care in the selection of its personnel to provide competent physicians, radiologists, teleradiologists and other medical personnel, possessing that degree of skill and knowledge which is ordinarily possessed by those who devote special study and attention to the practice of medicine and radiology.

5.      At all relevant times hereinafter set forth, the Defendant Yue was acting as an agent, apparent agent, servant or employee of the Defendant, Advanced Radiology.

6.      On May 27, 2010, the Plaintiff, Michael Blake, was seen by his primary care provider, Amy Staritz, M.D., for complaints of severe back pain radiating into both legs and right wrist pain and swelling. The plan at that time included a referral of Mr. Blake to Advanced Radiology for MRI studies of the lumbar spine, right wrist and right arm.

7.      On May 28, 2010, the 27-year-old Plaintiff, Michael Blake, reported to one of the offices of the Heath Care Provider Advanced Radiology where he underwent an MRI of the lumbar spine without contrast, as well as MRIs of the right forearm and the right wrist, both without contrast. The upper extremity MRIs were read and interpreted by Robert Van Besien, M.D. The MRI of the lumbar spine was read and interpreted by the Defendant Yue on June 1, 2010. Doctor Yue reported seeing "a very minor disk bulge, without stenosis" at L4-5, and "a small central disk herniation which measures 5 mm in depth" at L5-S1. Her impression was "[t]here is a small central disk herniation, L5-S1, which does not appear to cause any significant stenosis." She failed to report a 2.9 x 3.1 cm mass on the left kidney.

- 3 -

8.      Based on the MRI report for the lumbar spine that was received from the Defendants, Advanced Radiology and Yue, the Plaintiff's treating providers took no action other than the prescription of pain medications for the disk herniation.

9.      On January 20, 2014, the Plaintiff, Michael Blake, was seen by his primary care provider after complaints of lower back pain that radiated to his left hip and leg.  The Plaintiff was referred to an office of the Defendant Advanced Radiology for an MRI of the Lumbar Spine with and without contrast.

10.     On January 23, 2014, the Plaintiff, Michael Blake, underwent the MRI study at an office of the Defendant, Advanced Radiology, which was read and interpreted by Randy Becker, M.D., who reported "a complex appearing well-circumscribed mass projecting from the upper pole of the left kidney . . . [and] measuring approximately 4.6 x 5.0 x 6.0 cm.  This mass appears to have increased in size when compared with the prior exam [of 5/28/2010]."  Based on the image findings, Dr. Becker could not exclude a primary renal neoplasm, and he stated that a "dedicated MRI or CT scan of the abdomen and pelvis with intravenous contrast needs to be performed.

11.     On January 24, 2014, the Plaintiff, Michael Blake, reported to an office of the Defendant, Advanced Radiology, where he underwent a CT of the abdomen and pelvis to specifically evaluate the left renal mass seen on MRI.  The CT was read and interpreted by Scott Walton, M.D., who reported that the left renal mass had cystic and solid components with enhancement and should be considered to be "a cystic renal cell carcinoma until proven otherwise."

12.   On January 28, 2014, the Plaintiff underwent a nuclear medicine bone scan of the whole body which demonstrated two bone lesions that were suspicious for metastasis in his left lower extremity.

13.   On February 6, 2014, the Plaintiff, Michael Blake, was admitted to Johns Hopkins Hospital where he underwent a left laparoscopic radical nephrectomy.

14.   At pathology, the final pathologic diagnosis was Fuhrman grade II renal cell carcinoma.

15.   The Defendants were negligent and careless in that they

    a.   failed to properly interpret, and report the findings on, the May 28, 2010 MRI of the lumbar spine;

    b.   and were otherwise negligent, careless and reckless.

16.   As a direct result of the negligence of the Defendants, the Plaintiff, Michael Blake, was caused to undergo more extensive surgery and treatment, and was caused to sustain severe mental anguish and emotional pain and suffering; whereby he was and in the future will be prevented in engaging in his usual duties and activities; was caused to incur and will in the future incur hospital and medical expenses; and was caused to incur and will incur financial losses and damages and will continue to experience said mental anguish, pain and suffering in the future.

17.   All the losses, damages and injuries sustained by the Plaintiff, Michael Blake, were caused by the carelessness, recklessness, and negligence of the Defendants without any negligence on the part of the Plaintiff thereunto contributing.

WHEREFORE, the Plaintiff, Michael Blake, claims damages against the Defendants, Nancy Chang Yue, M.D. and Advanced Radiology, LLC, in an amount to be determined by a jury.

## <u>COUNT II</u>

18. Plaintiffs, Michael Blake and Kelly Blake, incorporate paragraphs 1 through 17 of the Complaint as if they were set forth at length herein.

19. At all relevant times the Plaintiffs, Michael Blake and Kelly Blake, were and still are husband and wife.

20. As a result of the negligence described above, the Plaintiffs suffered a loss of services and consortium and interference and energy to their marital relationship.

21. The Plaintiffs say that all the damages, losses and injuries resulted directly from the negligence described above, without any negligence on part of the Plaintiffs thereunto contributing.

WHEREFORE, the Plaintiffs, Michael Blake and Kelly Blake, as husband and wife, claim damages against the Defendants, Nancy Chang Yue, M.D. and Advanced Radiology, LLC, in an amount to be determined by a jury.

PAUL D. BEKMAN
MICHAEL P. SMITH
Salsbury, Clements, Bekman,
    Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL BLAKE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:   JFM14CV3802 |
| NANCY CHANG YUE, M.D., et al | * | |
| Defendants | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*

## ELECTION FOR JURY TRIAL

Plaintiffs hereby elects to have this case tried before a jury.

_____
PAUL D. BEKMAN
MICHAEL P. SMITH
Salsbury, Clements, Bekman,
     Marder & Adkins, LLC
Suite 450, 300 W. Pratt Street
Baltimore, Maryland 21201
410-539-6633

Attorneys for Plaintiffs