UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 17, 2015

MEMO TO COUNSEL RE:  Michael Blake, et al. v. Nancy Chang Yue, M.D., et al.
Civil No. JFM-14-3802

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendant's motion for protective order (document 17).  The motion is denied.  I am satisfied that the best way for defense counsel to communicate with the treating physicians for Michael Blake is through the discovery process.  Of course, if requested, I will consider a motion to seal any depositions and/or interrogatory answers to preserve the confidentiality of patient information.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge