UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 7, 2016

MEMO TO COUNSEL RE:   Michael Blake, et al. v. Nancy Change Yue, M.D., et al.
                      Civil No. JFM-14-3802

Dear Counsel:

      I am in receipt of Mr. McCubbin's letter dated December 21, 2015, for which I thank him.

      It appears to me that the reason that plaintiffs' counsel has not provided the documents in question is self-evident. Accordingly, Mr. McCubbin's request that I order that the documents be produced is denied.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge