UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 25, 2016

MEMO TO COUNSEL RE:  Michael Blake, et al. v. Nancy Chang Yue, M.D., et al.
Civil No. JFM-14-3802

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion for partial summary judgment.

The motion (document 32) is denied. Defendant's position may well be meritorious. However, the extent and nature of the damages that plaintiffs may claim is best determined through the pretrial process, not by way of a motion for partial summary judgment.

A conference call will be held on   March 7, 2016  at  5:00   p.m. to discuss the appropriate schedule in this case.  I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge